**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

JOSHUA C. LEWIS
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

March 31, 2026

**STATE OF WASHINGTON V. KALSHIEX LLC**
Case # 2:26–cv–01062–JCC

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

**Notice of Removal – Verification of State Court Records Not Provided**
Pursuant to Local Civil Rule 101(b)(5),the removing Defendant(s) must file
contemporaneously with the notice of removal, all additional records and proceedings in state
court, with Defendant(s)' or defense counsel's verification they are true and complete copies
of all records. Please file as soon as practicable by going to Other Documents and selecting
**Verification of State Court Records**.

**Notice of Pendency of Other Action**
Per Local Civil Rule 3(h), whenever a party knows or learns its pending case involves all or a
material part of the same subject matter and all or substantially the same parties as another
action that is pending in any other federal or state court, before an administrative body, or
before an arbitrator, **the party must file a Notice of Pendency of Other Action within five
days of learning of the other action.** This Notice should be electronically filed as soon as
possible by going to **Notices** and selecting **Notice of Pendency of Other Action**.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file