UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON,

           Plaintiffs,

v.

KALSHIEX LLC,

           Defendants.

No. 2:26-cv-01062

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and LCR 7.1, the undersigned counsel for Defendant KalshiEX LLC certifies that it is a limited liability company whose sole member is Kalshi Inc. Kalshi Inc. has no parent company, and no publicly held corporation owns 10% or more of its stock/equity.

CORPORATE DISCLOSURE STATEMENT    - 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 6th day of April, 2026.

CORR CRONIN LLP

*s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
1015 Second Avenue, Floor 10
Seattle, WA  98104-1001
Ph: (206) 625-8600
sfogg@corrcronin.com

MILBANK LLP

NEAL KUMAR KATYAL (Admitted *pro hac vice*)
JOSHUA B. STERLING (Admitted *pro hac vice*)
WILLIAM E. HAVEMANN (Admitted *pro hac vice*)
GRANT R. MAINLAND (Admitted *pro hac vice*)
NOLA B. HELLER (Admitted *pro hac vice*)
MATTHEW J. LAROCHE (Admitted *pro hac vice*)
ANDREW L. PORTER (Admitted *pro hac vice*)

*Attorneys for Defendant KalshiEX LLC*

CORPORATE DISCLOSURE STATEMENT          - 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 6, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Wen Cruz*
Wen Cruz

CORPORATE DISCLOSURE STATEMENT          - 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900