UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON,

        Plaintiff,

v.

KALSHIEX LLC,

        Defendant.

No. 2:26-cv-01062-JCC

STIPULATION FOR AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND OTHER CASE DEADLINES

## **STIPULATION**

Plaintiff State of Washington (the "State") and Defendant KalshiEX LLC ("Kalshi"), by and through their undersigned counsel, respectfully submit this Stipulation and Proposed Order.

On March 27, 2026, the State filed a Complaint for Injunctive and Other Relief in King County Superior Court. The same day, Kalshi removed the case to this Court (Dkt. #1) and filed an Amended Notice of Removal on March 30, 2026 (Dkt. #3). On April 6, 2026, the State filed a Motion to Remand (Dkt. #17), which is currently being briefed by the Parties.

On April 16, 2026, the Parties met and conferred concerning the schedule in this case. The Parties jointly request that the Court order the following:

1. Defendant's response to the State's Complaint shall become due 21 calendar days after this Court's order on the State's Motion to Remand.

STIPULATION FOR AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND OTHER CASE DEADLINES - 1
2:26-cv-01062-JCC

2. Rule 26(f) conferencing, initial disclosures, and other case deadlines set by this Court shall be deferred pending resolution of the Motion to Remand.

3. If the State's Motion to Remand is denied, the Parties shall meet and confer and submit a joint status report proposing further deadlines within fourteen (14) calendar days of the Court's order on the State's Motion to Remand.

4. Nothing in this Stipulation shall affect any case scheduling deadlines set by the Washington Superior Court.

5. The Parties agree that they do not waive any rights in this action beyond those expressly stated herein. The Parties also agree that this Stipulation does not resolve any future claim or defense, and that neither party will make any motion or argument on the basis of this Stipulation, except as it concerns enforcement of this Stipulation.

Dated: April 23, 2026

RESPECTFULLY SUBMITTED,
NICHOLAS W. BROWN
Attorney General

By: s/ Seann Colgan
ANDREA ALEGRETT, WSBA No. 50236
JULIA K. DOYLE, WSBA No. 43993
BEN BRYSACZ, WSBA No. 54683
MATT GEYMAN, WSBA No. 17544
SEANN COLGAN, WSBA No. 38769
Assistant Attorneys General
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

*Counsel for Plaintiff State of Washington*

STIPULATION FOR AND [PROPOSED] ORDER TO EXTEND
THE TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
AND OTHER CASE DEADLINES - 2
2:26-cv-01062-JCC

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

CORR CRONIN LLP

By: s/ Steven W. Fogg
Steven W. Fogg, WSBA No. 23528
1015 Second Avenue, Floor 10
Seattle, WA  98104-1001
Ph: (206) 625-8600
sfogg@corrcronin.com

MILBANK LLP

NEAL KUMAR KATYAL (*Pro hac vice*)
JOSHUA B. STERLING (*Pro hac vice*)
WILLIAM E. HAVEMANN (*Pro hac vice*)
GRANT R. MAINLAND (*Pro hac vice*)
NOLA B. HELLER (*Pro hac vice*)
MATTHEW LAROCHE (*Pro hac vice*)
ANDREW L. PORTER (*Pro hac vice*)

*Counsel for Defendant KalshiEX LLC*

**ORDER**

**SO ORDERED.**

Dated: April 24, 2026

_____
THE HONORABLE JOHN C. COUGHENOUR

STIPULATION FOR AND [PROPOSED] ORDER TO EXTEND
THE TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
AND OTHER CASE DEADLINES - 3
2:26-cv-01062-JCC