Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON,

Plaintiffs,

v.

KALSHIEX LLC,

Defendants.

No. 2:26-cv-01062-JCC

**NOTICE OF WITHDRAWAL OF KALSHIEX LLC'S MOTION TO STAY PENDING APPEAL OF ORDER GRANTING REMAND**

Pursuant to Western District Local Civil Rule 7(l), KalshiEX LLC ("KalshiEX") respectfully submits this notice of withdrawal of KalshiEX's Motion for Stay Pending Appeal of Order Granting Remand, filed with this Court as docket no. 27. On May 21, 2026, the Ninth Circuit issued an order denying KalshiEX's Motion for Stay Pending Appeal filed with that court. *See* Order, *State of Washington v. KalshiEx LLC*, No. 26-3106, Dkt. No. 19.1 (9th Cir. May 21, 2026). The Ninth Circuit's Order moots the motion before this Court as docket no. 27.

///

///

///

NOTICE OF WITHDRAWAL OF
KALSHIEX LLC'S MOTION TO STAY - 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 21st day of May, 2026.

CORR CRONIN LLP

*s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
1015 Second Avenue, Floor 10
Seattle, WA  98104-1001
Ph: (206) 625-8600
sfogg@corrcronin.com

MILBANK LLP

NEAL KUMAR KATYAL (Admitted *pro hac vice*)
JOSHUA B. STERLING (Admitted *pro hac vice*)
WILLIAM E. HAVEMANN (Admitted *pro hac vice*)
GRANT R. MAINLAND (Admitted *pro hac vice*)
NOLA B. HELLER (Admitted *pro hac vice*)
MATTHEW J. LAROCHE (Admitted *pro hac vice*)
ANDREW L. PORTER (Admitted *pro hac vice*)

*Attorneys for Defendant KalshiEX LLC*

NOTICE OF WITHDRAWAL OF
KALSHIEX LLC'S MOTION TO STAY - 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Tammy Weisser*
Tammy Weisser

NOTICE OF WITHDRAWAL OF
KALSHIEX LLC'S MOTION TO STAY - 3

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900